# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 14, 2014

149270 & (11)(12)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JOHN KRUSAC, Personal Representative of the
ESTATE OF DOROTHY KRUSAC,
      Plaintiff-Appellee,

v

COVENANT MEDICAL CENTER, INC., d/b/a
COVENANT MEDICAL CENTER-HARRISON,
d/b/a COVENANT HEALTHCARE,
      Defendant-Appellant.

SC: 149270
COA: 321719
Saginaw CC: 12-015433-NH

_____/

     On order of the Court, the motions for immediate consideration and for stay of trial court proceedings are GRANTED. The application for leave to appeal the May 12, 2014 order of the Court of Appeals remains pending.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 14, 2014



t0514

               Clerk